DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HILTON WIENER,**
Appellant,

v.

**ILA WIENER** n/k/a **ILA LERNER,**
Appellee.

No. 4D15-4466

[December 7, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Martin H. Colin, Judge; L.T. Case No. 50 2010 DR 009006XXXXSB.

Hilton Wiener, Boca Raton, pro se.

Jeanne C. Brady of Brady & Brady, P.A., Boca Raton, and Holly D. Schuttler of Schuttler & Greenberg, LLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., LEVINE J., and SINGHAL, RAAG, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***